IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CATHERINE and LARRY JONES,

    Plaintiffs,

v.

    No. CIV 02-1342 LH/RLP

SHAUNA, INC. d/b/a/ SOLITAIRE HOMES,
and GEORGE SULIMA,

    Defendants.

v.

TODD VAN BERG,

    Third-Party Defendant.

## CERTIFICATE OF SERVICE
## THIRD-PARTY RULE 26 INITIAL DISCLOSURES

I hereby certify that a true copy of the foregoing was mailed this ___19th___ day of June 2003 to :

Richard N. Feferman
FEFERMAN & WARREN
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102

Thomas P. Gulley
JONTZ DAWE GULLEY & CROWN, P.C.
PO Box 1027
Albuquerque, NM 87103-1027

THE ROWE LAW FIRM, P.C.

_____
Gordon H. Rowe III
Attorney for the Defendants
1200 Pennsylvania NE, Ste. 2B
Albuquerque, NM 87110
(505) 232-2800 Phone; (505) 266-1030 Fax