IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

CATHERINE and LARRY JONES,
        Plaintiffs,

03 AUG -1 AM 11: 21

v.

No. CIV 02-1342 MCA/RLP

SHAUNA, INC. d/b/a SOLITAIRE HOMES,
and GEORGE SULIMA,
        Defendants.

v.

TODD VAN BERG,
        Third-Party Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(ii). The parties have settled this matter.

Respectfully submitted.

Richard N. Feferman
FEFERMAN & WARREN, Attorneys for Plaintiffs
300 Central Ave., SW, Suite 2000 East
Albuquerque, NM 87102
(505) 243-7773

THE ROWE LAW FIRM, P.A., Attorney for Defendants Shauna, Inc. and Sulima
Gordon H. Rowe, III
1200 Pennsylvania, NE, Suite 2B
Albuquerque, NM 87110\
(505) 232 2800

JONTZ DAWE GULLEY & CROWN, P.C., Attorneys for Third-Party Defendant
Thomas P. Gulley
201 Third St. NW, 19th Floor
Albuquerque, NM 87102
(505) 764-5400